UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERRELL KEMPLE MOORE,

    Petitioner,

File No. 1:14-cv-558

v.

HON. PAUL L. MALONEY

CARMEN PALMER,

    Respondent.
_____/

## **JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this date,

**IT IS ORDERED** that **JUDGMENT** is entered in favor of Respondent because Petitioner is not entitled to relief.


Date: June 30, 2017          /s/Paul L. Maloney
                                                     PAUL L. MALONEY
                                                     UNITED STATES DISTRICT JUDGE